IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **VON CLAY BENNETT,** \#08851-003 | * * * |
| Petitioner, | * **CRIMINAL NO. 09-083-WS-B** |
| | * **CIVIL ACTION NO. 12-343-WS-B** |
| vs. | * * |
| **UNITED STATES OF AMERICA,** | * * |
| Defendants. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Bennett's Motion To Vacate, Set Aside, Or Correct Sentence under § 2255 (Doc. 68) be **DENIED** and that Bennett is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** 2nd day of September, 2015.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**